UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH,            ) | | 1:06-CV-01433-AWI-WMW-P |
|                            ) | | |
|     Plaintiff,             ) | | ORDER GRANTING EXTENSION OF |
|                            ) | | TIME TO SUBMIT APPLICATION TO |
|     v.                     ) | | PROCEED IN FORMA PAUPERIS OR |
|                            ) | | FILING FEE |
| DEPT. OF JUSTICE, et al.,  ) | | |
|                            ) | | (Docs. 5, 6) |
|                            ) | | |
|     Defendants.            ) | | |
|                            ) | | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2006, and December 13, 2006, plaintiff filed motions for an extension of time to submit an application to proceed in forma pauperis or pay the $350.00 filing fee, pursuant to the court's order of November 8, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit an application to proceed in forma pauperis or pay the $350.00 filing fee, pursuant to the court's order of November 8, 2006.

IT IS SO ORDERED.

**Dated:   December 18, 2006**            /s/  **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE