IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

        Plaintiff,         CV F 06 1433 LJO WMW P

   vs.         ORDER RE MOTION (DOC 13)

DEPT. OF JUSTICE, et al.,

        Defendants.

    Plaintiff has filed a motion requesting a jury trial. Concurrent with this order, an order will issue, dismissing the complaint in this action and granting Plaintiff leave to file an amended complaint. Plaintiff's right to jury trial may be preserved by setting forth the request in his amended complaint.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion of Jury Trial is denied.

IT IS SO ORDERED.

**Dated:   January 16, 2008**           **/s/ William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

1